Opinion filed November 3, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed November 3, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00338-CV 

 

                                                    __________

 

                               CAROL
JOHNENE MORRIS, Appellant

 

                                                             V.

 

                    KING
BENNY AND LITTLE PRINCE, INC., Appellee

 



 

                                  On
Appeal from the County Court at Law No. 1

 

                                                        Midland
County, Texas

 

                                                Trial
Court Cause No. CC-12878

 



 

                                             M
E M O R A N D U M    O P I N I O N

 

Carol Johnene Morris is attempting to appeal from
an interlocutory order granting a temporary restraining order.  On October 13, 2005, the clerk of this court
wrote the parties and advised them that the September 15, 2005, order granting
a temporary restraining order did not appear to be an appealable order.  Appellant was directed to respond within 15
days showing grounds for continuing the appeal. 
There has been no response to our October 13, 2005, letter.








The appeal is dismissed for want of
jurisdiction.  TEX. CIV. PRAC. & REM.
CODE ANN. ' 51.014
(Vernon 2004 - 2005).

 

PER CURIAM

 

November 3, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.